**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Keith M Scriven | : | |
| Debtor | : | |
| | : | Bankruptcy No. 22-10854-amc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/4/2022, this case is hereby DISMISSED.

Date: April 22, 2022

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:	Chapter 13 Plan
Matrix
Proper Form of Petition
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Means Test Calculation Form 122C-2
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1

bfmisdoc elf (1/22/15)